IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEARWATER INSURANCE COMPANY,<br><br>    Petitioner,<br><br>    v.<br><br>GRANITE STATE INSURANCE COMPANY, et al.<br><br>    Respondents. | No. C 06-04502 JSW<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Susan Illston to determine whether it is related to *Clearwater Insurance Company v. Granite State Insurance Company, et al.*, Case No. 06-4472 SI.

**IT IS SO ORDERED.**

Dated: September 8, 2006

                                                                JEFFREY S. WHITE<br>                                                               UNITED STATES DISTRICT JUDGE

United States District Court<br>For the Northern District of California