1
MILBANK, TWEED, HADLEY & McCLOY LLP
Linda Dakin-Grimm (SBN No. 119630)
2
Michael Haravon (SBN No. 236983)
601 South Figueroa Street, 30th Floor
3
Los Angeles, CA  90017-5735
Telephone:      (213) 892-4000
4
Fax:                (213) 629-5063
Email:            MHaravon@milbank.com
5

6
Attorneys for Respondents GRANITE STATE
INSURANCE COMPANY, NEW HAMPSHIRE
7
INSURANCE COMPANY and THE INSURANCE
COMPANY OF THE STATE OF PENNSYLVANIA

8

9
UNITED STATES DISTRICT COURT

10
NORTHERN DISTRICT OF CALIFORNIA

11
SAN FRANCISCO DIVISION

12

13

14
CLEARWATER INSURANCE
COMPANY,

15
                              Petitioner,

16
            v.

17
GRANITE STATE INSURANCE
COMPANY, NEW HAMPSHIRE
18
INSURANCE COMPANY AND THE
INSURANCE COMPANY OF THE
19
STATE OF PENNSYLVANIA,

20
                              Respondents.

21

22

Case No.  C 06 4472 (SI)
Case No.  C 06 4500 (SI)
Case No.  C 06 4501 (SI)
Case No.  C 06 4502 (SI)

**STIPULATION AND [PROPOSED]
ORDER EXTENDING TIME FOR
COMPLIANCE WITH ORDER**

23
        Petitioner Clearwater Insurance Company ("Clearwater") and Respondents Granite State

24
Insurance Company, New Hampshire Insurance Company and The Insurance of the State of

25
Pennsylvania ("Granite") enter into this Stipulation with reference to the following:

26
        WHEREAS, on September 29, 2006 in the four above-captioned cases, the Court ordered

27
the parties' arbitrators to exchange slates of Third Arbitrator candidates, in accordance with the

28
arbitration clause, within thirty days of the Orders (the "Orders").

1    WHEREAS, the Orders also ordered the arbitrators to "decline one" of the other's slate,

2    draw lots, and select umpires within seven days of exchanging slates.

3    WHEREAS, CLEARWATER and GRANITE have agreed to extend the time for the

     parties' arbitrators to exchange slates of Third Arbitrator candidates until November 6, 2006;

4    WHEREAS, CLEARWATER and GRANITE have agreed to extend the time for the

5    arbitrators to "decline one" of the other's slate, draw lots and select umpires until November 13,

6    2006;

7    NOW THEREFORE, the parties stipulate and agree to extend the time for the parties'

8    arbitrators to exchange slates of Third Arbitrator candidates until November 6, 2006 and to

9    extend the time for the arbitrators to "decline one" of the other's slate, draw lots and select

10   umpires until November 13, 2006.

11   SO STIPULATED.

12

13   Dated:  October 30, 2006                    BUTLER RUBIN SALTARELLI & BOYD LLP

14                                               By _____

15                                                  Ira J. Belcove (pro hac vice)
                                                    Attorney for Petitioner CLEARWATER
16                                                  INSURANCE COMPANY

17   On Behalf of Counsel:
     Robin D. Craig (State Bar No. 130935)
18   Craig & Winkelman LLP
     2150 Shattuck Avenue, Suite 1220
19   Berkeley, California 94704
     Telephone: (510) 549-3330
20   Facsimile: (510) 217-5894

21

22   Dated:  October 30, 2006                    MILBANK, TWEED, HADLEY & MCCOY, LLP

23                                               By _____
24                                                  Linda Dakin-Grimm
                                                    Michael Harayon
25
                                                    Attorneys for Respondents GRANITE STATE
26                                                  INSURANCE COMPANY, NEW HAMPSHIRE
                                                    INSURANCE COMPANY and THE
27                                                  INSURANCE COMPANY OF THE STATE OF
                                                    PENNSYLVANIA
28   LAI:#6335188

                                            -2-

1                                              ORDER

2
        **IT IS SO ORDERED.**
3

4
   Dated:_____
5

6                                    _____
                                     The Honorable Susan Illston
7                                    JUDGE OF THE NORTHERN
                                     DISTRICT COURT
8

9

10

11
   W0036631v1
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COMPLIANCE WITH ORDER
- Cases No. C 06 4472, 06 4500, 06 4501, 06 4502 (SI)