CRAIG AND WINKELMAN LLP
Robin D. Craig (SBN 130935)
2150 Shattuck Avenue, Suite 1220
Berkeley, California 94704
Telephone:   (510) 549-3330
Facsimile:   (510) 217-5894
Email:       robindcraig@sbcglobal.net

BUTLER RUBIN SALTARELLI & BOYD LLP
Ira Belcove (*Pro Hac Admission*)
70 West Madison Street, Suite 1800
Chicago, Illinois 60604
Telephone:   (312) 696-4483
Facsimile:   (312) 444-9843
Email:       ibelcove@butlerrubin.com

Attorneys for Petitioner
CLEARWATER INSURANCE COMPANY

MILBANK, TWEED, HADLEY & McCLOY LLP
Linda Dakin-Grimm (SBN No. 119630)
Michael Haravon (SBN No. 236983)
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017-5735
Telephone:   (213) 892-4000
Fax:         (213) 629-5063
Email:       MHaravon@milbank.com

Attorneys for Respondents GRANITE STATE
INSURANCE COMPANY, NEW HAMPSHIRE
INSURANCE COMPANY and THE INSURANCE
COMPANY OF THE STATE OF PENNSYLVANIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEARWATER INSURANCE COMPANY,<br><br>Petitioner,<br><br>v.<br><br>GRANITE STATE INSURANCE COMPANY, et al.,<br><br>Respondents. | Case No. C 06 4502 (SI)<br><br>[Related to Case Nos.: C 06 4472 (SI); C 06 4500 (SI), and C 06 4501 (SI)]<br><br>*ASSIGNED FOR ALL PURPOSES TO THE HONORABLE SUSAN ILLSTON*<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Petition Filed July 21, 2006 |

| | |
|---|---|
| 1 | **IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through |
| 2 | their respective undersigned counsel, that the above-entitled action shall be dismissed with |
| 3 | prejudice and with each party to bear its own costs. Notwithstanding the foregoing, neither this |
| 4 | stipulation nor the dismissal of this action shall preclude any party from petitioning the Court to |
| 5 | |
| 6 | confirm, vacate, modify, and/or correct a subsequent arbitration award pursuant to Sections 9, 10, |
| 7 | and/or 11 of the Federal Arbitration Act, 9 U.S.C. §§ 9-11. |

Dated: November 20, 2006    CRAIG AND WINKELMAN LLP

By: /s/ Robin Craig
    Robin D. Craig

2150 Shattuck Avenue, Suite 1220
Berkeley, California 94704
Telephone: (510) 549-3330
Facsimile: (510) 217-5894

BUTLER RUBIN SALTARELLI & BOYD LLP
Ira Belcove, Esq.
70 West Madison Street, Suite 1800
Chicago, Illinois 60604
Telephone: (312) 696-4483
Facsimile: (312) 444-9843

Attorneys for Petitioner CLEARWATER INSURANCE COMPANY

Dated: November 17, 2006    MILBANK, TWEED, HADLEY & McCLOY LLP

By: /s/ Michael Haravon
    Michael Haravon

601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017-5735
Telephone:    (213) 892-4000
Fax:          (213) 629-5063

Attorneys for Respondents GRANITE STATE INSURANCE COMPANY, NEW HAMPSHIRE INSURANCE COMPANY and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

LA1:#6337002v1

ORDER

**IT IS SO ORDERED.**

Dated: _____

_[signature: Susan Illston]_

The Honorable Susan Illston

JUDGE OF THE NORTHERN DISTRICT COURT

-3-
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

Case No. C 06 4502